54.

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

Nov 26  8 47 AM '02

BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

THURBER,

Civil Case No:2:01-CV-232

v.

TOWN OF SPRINGFIELD, ET AL

## EVALUATOR'S REPORT

A. The ENE session took place on September 4, 2002 at 10:00 A.M. at VDRS/Whimsy Farm in Arlington, Vermont.

B. Present at the ENE session were as follows:

Plaintiffs, Thurbers with their attorney, Thomas C. Bixby, Esq. of McCarty Law Offices, Brattleboro, Vermont

For the Defendants, Kelly Kindestin, representing the Vermont League of Cities and Towns Property & Casualty Intermunicipal Fund with full settlement authority, Shannon A. Bertrand, Esq. of the firm Reiber, Kenlan, Schwiebert & Facey, P.C., Rutland, Vermont, representing Nicholas Picerno, former chief of Police, Town of Springfield(not in attendance), James F. Carroll, Esq. of English and Carroll representing John Esposito and Nancy G. Sheahan, Esq. of McNeil, Leddy & Sheahan, Burlington, Vermont representing the Town of Springfield, et al.

C. Nancy Sheahan, Esq. attended in place of Joseph Farnham, Esq.

D. Pre-mediation statements and exhibits received before the scheduled evaluation.

E. Active participation by all parties.

F. Outcome: This case did settle at session.

Date: 11/22/02

_____
Arthur J. O'Dea, Early Neutral Evaluator

cc: Thomas C. Bixby, Esq., James F. Carroll, Esq., Nancy G. Sheahan, Esq., Kelly Kindestin, Shannon A. Bertrand, Esq.

59.

# V.D.R.S.
Vermont Dispute Resolution Service

Whimsy Farm
1013 Old Depot Road
Arlington, VT 05250

Arthur J. O'Dea
Mediation, Arbitration

email: vdrs@together.net
Ph. (802) 375-0037
Fax (802)375-9243

November 21, 2002

Lisa Narsh , ENE Administrator
United States District Court
Federal Building, PO Box 945
Burlington  VT  05402-0945

Re: Thurber v. Town of Springfield, et al - ENE  Docket No. 2:01 CV-232

Dear Clerk Narsh:

    Enclosed please find Evaluator's Report regarding the above captioned matter. Thank you.

Sincerely yours,

Arthur J. O'Dea

encl.

cc:  Thomas C. Bixby, Esq., James F. Carroll, Esq., Nancy G. Sheahan, Esq., Kelly Kindestin, Shannon A. Bertrand, Esq.